ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 23 2017
CLERK, U.S. DISTRICT COURT
By _____
       Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| RONALD AND CATHERINE SELE | § |
| V. | § CASE NO. 4:17-CV-0069-A |
| STATE FARM LLOYDS | § |

## AGREED MOTION TO DISMISS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW Ronald and Catherine Sele, Plaintiffs, and State Farm Lloyds, Defendant in the above-captioned and numbered cause, and hereby file this Agreed Motion to Dismiss and in support thereof would show the Court as follows:

I.

Plaintiffs have settled this matter with State Farm Lloyds. Therefore, the parties request the Court dismiss this case. An Agreed Order of Dismissal will be filed concurrently with this Motion.

II.

In this regard, the parties request the Court's Order direct all recoverable court costs be paid by the party incurring same.

WHEREFORE, PREMISES CONSIDERED, the parties pray that the Court dismiss this action and further pray the Court order all court costs be paid by the party incurring same.

AGREED MOTION TO DISMISS - Page 1

Respectfully submitted,

_____
SEAN PATTERSON
State Bar No. 24073546
Email: sean@mma-pllc.com

**MCCLENNY MOSELEY & ASSOCIATES, PLLC**
411 N. Sam Houston Parkway E., Suite 200
Houston, Texas 77060
Telephone:   (713) 334-6121
Facsimile:    (713) 322-5953

**ATTORNEYS FOR PLAINTIFFS**

_____
ARMANDO DE DIEGO
State Bar No. 05635400
Email: adediego@dediego.com
HARVEY JOSEPH
State Bar No. 11087250
Email: hjoseph@dediego.com

**THE LAW OFFICE OF ARMANDO DE DIEGO, P.C.**
1201 W. Griffin Street
Dallas, Texas 75215-1030
Telephone:   (214) 426-1220
Facsimile:    (214) 426-1246

**ATTORNEY FOR STATE FARM LLOYDS**