IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RONALD AND CATHERINE SELE | § | |
| V. | § | CASE NO. 4:17-CV-0069-A |
| STATE FARM LLOYDS | § | |

## AGREED ORDER OF DISMISSAL

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** the instant action against Defendant State Farm Lloyds in the above-entitled and numbered cause be, and hereby is, dismissed with prejudice to refiling same in any form. All costs of court are hereby taxed against the party who initiated and incurred the same.

All other relief not expressly granted herein is denied.

SIGNED this 23 day of Oct, 2017.

_____
JUDGE PRESIDING

**AGREED:**

By: _____
DEREK L. FADNER
ATTORNEY FOR PLAINTIFF

By: _____
ARMANDO DE DIEGO
ATTORNEY FOR DEFENDANT

AGREED ORDER OF DISMISSAL - Page 1